IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16 CV 776

| | |
|---|---|
| OMEGA T. CAPERS, ) | |
| ) | |
| Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| DUKE ENERGY CAROLINAS, LLC, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the undersigned pursuant to Defendant's Motion to Compel (#15) which was filed on August 31, 2017. In the motion, Defendant's counsel advises that the Plaintiff's deposition is scheduled for September 18, 2017 and requests that the Court enter an Order allowing the Motion to Compel and directing Plaintiff to respond to Defendant's discovery requests prior to the date of Plaintiff's deposition.

In the Pretrial Order and Case Management Plan (#10) entered by United States District Judge Robert J. Conrad, Jr., the time for completion of discovery was established as being October 31, 2017. To make sure that discovery is completed as set forth in Judge Conrad's Pretrial Order and Case Management Plan, the undersigned has determined to enter the following scheduling order regarding the Defendant's Motion to Compel (#15).

1

# ORDER

**IT IS, THEREFORE**, **ORDERED** that Plaintiff shall respond in writing to the Defendant's Motion to Compel (#15) on or before **September 11, 2017.** The Court shall conduct a hearing, at which counsel for Plaintiff and counsel for Defendant will be required to appear regarding the Motion to Compel, on **September 13, 2017 at 2:00 p.m.** in Courtroom #2 in the United States Courthouse in Asheville, North Carolina.

Signed: September 6, 2017

Dennis L. Howell
United States Magistrate Judge